UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA                            :
                                                    :
            -v-                                      :           14-CR-334 (JMF)
                                                    :
MANUEL CORTEZ,                                       :           ORDER
                                                    :
                      Defendant.                    :
                                                    :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court received a letter from Defendant seeking representation in connection seeking

compassionate release in light of the COVID-19 pandemic.  *See* ECF No. 29.  The Court

concludes that it would be appropriate to appoint counsel for Defendant pursuant to the Criminal

Justice Act ("CJA").  Accordingly, Peter Brill — the CJA lawyer on duty today — is appointed

to represent Defendant in connection with any application relating to COVID-19.  Mr. Brill shall

immediately contact Defendant by telephone to advise him of this Order.

        Unless and until the Court orders otherwise, counsel shall file any motion on Defendant's

behalf no later than **September 4, 2020**.  The Government shall file any opposition one week

after a motion is filed; and Defendant shall file any reply three days after the opposition.


        SO ORDERED.

Dated: August 20, 2020
        New York, New York                          _____
                                                    JESSE M. FURMAN
                                                    United States District Judge

07/26/20

Clerk of Court
United States District Court
Southern District of NewYork
500 Pearl street
New York, NY 10007

   Im requesting for representation for
compassinate release. Please be advised That
Im in need of counsel to represent me for
my motion.
      My case information as follow:
1:14-CR-334 (JMF) / Manuel Cortez #70947-054
My advance Thanks for your time and service.


                              — Manuel Cortes

Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099
Inmate Name: Mariella Cortez
Register Number: 70947-054

USM P3
SDNY

WESTCHESTER NY 105

27 JUL 2020 PM 2 L

Crim. Mailing

10007-133099

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
2020 JUL 29 PM
CLERK'S OFFICE
S.D.N.Y.