

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*

*Of Counsel

September 3, 2020

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *US v. Manuel Cortez*
               14 Cr. 334 (JMF)

Dear Judge Furman:

    I was assigned to represent Mr. Cortez on August 20 with regard to his request for counsel to file a motion for compassionate release. I am writing to request a three-week extension to file our motion on his behalf. I am awaiting further documentation regarding Mr. Cortez's medical situation before I can make a complete argument to the Court.

    As such, I am requesting that the Court extend my deadline to September 25, 2020.

    Thank you for your consideration.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #31.

SO ORDERED.

September 4, 202

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788