UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 
UNITED STATES OF AMERICA

   -v-              14-CR-334 (JMF)

MANUEL CORTEZ,            ORDER

      Defendant(s).

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  The Court previously granted appointed counsel an extension until September 25, 2020, to file a motion for compassionate release. *See* ECF No. 31-32. No motion was filed. The Court assumed, therefore, that Defendant had decided not to make a motion or that any such motion had been mooted. But yesterday, the Clerk of Court docketed a letter from Defendant himself "supplement[ing]" his motion for compassionate release. ECF No. 33. No later than **January 25, 2021**, counsel shall file a letter explaining the situation and showing cause for his failure to file a motion by the September 25, 2020 deadline.

  SO ORDERED.

Dated: January 22, 2021       _____
   New York, New York        JESSE M. FURMAN
                   United States District Judge