UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                           :
:
    -v-                                            :    14-CR-334 (JMF)
:
MANUEL CORTEZ,                                     :    ORDER
:
                Defendant(s).                      :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 19, 2021, the Clerk of Court docketed a renewed motion for compassionate release filed by Defendant Manuel Cortez, proceeding *pro se*. *See* ECF No. 38. The Government shall file any opposition to the motion by **March 5, 2021**. In its opposition, the Government should address whether or when the Defendant would be eligible to receive a COVID-19 vaccine. Any reply shall be filed by **March 19, 2021**.

The Clerk of Court is directed to mail a copy of this letter to Mr. Cortez at the following address:

Manuel Cortez
#70947-054
FCI Danbury
Route 37
Danbury, CT 06811

SO ORDERED.

Dated: February 23, 2021
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge