

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Manuel Cortez*, **14-cr-334 (JMF)**

Dear Judge Furman:

    The Government writes regarding the defendant's pending renewed motion for compassionate release. On February 23, 2021, the Court ordered the government to file any opposition by March 5, 2021. Because the assigned AUSA has left the Office, the Government did not submit an opposition before the deadline. The undersigned entered a notice of appearance in the matter and respectfully requests that the deadline for the Government to respond to Mr. Cortez's motion be extended to March 17, 2021. This is the Government's first request for an extension, and because Mr. Cortez is incarcerated at FCI Danbury, the Government has not attempted to secure his consent.

                              Respectfully submitted,

                              AUDREY STRAUSS
                            United States Attorney

By: _____
     Patrick R. Moroney
     Assistant United States Attorney
     (212) 637-2330

Cc:    Manuel Cortez (by certified mail)

    Application GRANTED. The defendant shall file any reply by March 31, 2021. The Government shall send a copy of this endorsement to the Defendant. The Clerk of Court is directed to terminate Doc. #41. SO ORDERED.

March 9, 2021