UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                      :
UNITED STATES OF AMERICA                     :
                      :
         -v-                              :          14-CR-334 (JMF)
                      :
MANUEL CORTEZ,                           :             ORDER
                      :
               Defendant.         :
                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On February 19, 2021, the Clerk of Court docketed a renewed motion for compassionate release filed by Defendant Manuel Cortez, proceeding *pro se*. *See* ECF No. 38. Upon review of the parties' papers, the motion is denied, substantially for the reasons set forth in the Government's response. *See* ECF No. 43. In brief, the 18 U.S.C. § 3553(a) factors weigh heavily against early release, *see id.* at 4, and given that Cortez has been fully vaccinated with the Moderna vaccine, he "now has significant protection against serious illness or death should he contract COVID-19." *United States v. Singh*, No. 4:15-CR-00028-11, 2021 WL 928740, at *3 (M.D. Pa. Mar. 11, 2021). Accordingly, he "has not demonstrated that his underlying conditions — in combination with the possibility of a COVID-19 infection — provide extraordinary and compelling reasons to grant his motion for compassionate release." *Id.* at *3 & n.36 (citing cases). Denial of the motion, however, is without prejudice to a new application "should future evidence demonstrate that new COVID-19 variants render the Moderna vaccine significantly less effective at preventing serious illness or death from COVID-19, such that [Cortez] is at a substantial risk of serious illness or death from a COVID-19 infection." *Id.* at *4.

        The Clerk of Court is directed to terminate ECF No. 38 and to mail a copy of this letter to Mr. Cortez at the following address:

                                Manuel Cortez
                                #70947-054
                                FCI Danbury
                                Route 37
                                Danbury, CT 06811

SO ORDERED.

Dated: March 31, 2021                              _____
       New York, New York                            JESSE M. FURMAN
                                                      United States District Judge